**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CRYPTOPEAK SOLUTIONS, LLC,**<br><br>Plaintiff,<br>v.<br><br>**COMMONWEALTH ANNUITY & LIFE INSURANCE COMPANY,**<br><br>Defendant. | Case No. 2:15-cv-1295<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF CRYPTOPEAK SOLUTIONS, LLC'S ANSWER TO COUNTERCLAIMS OF DEFENDANT COMMONWEALTH ANNUITY & LIFE INSURANCE COMPANY**

CryptoPeak Solutions, LLC ("Plaintiff" or "CryptoPeak") files this Answer to the Counterclaims asserted against CryptoPeak by Defendant Commonwealth Annuity & Life Insurance Company ("Commonwealth"). Any allegation or defense not expressly admitted herein is denied.

**ANSWER TO COUNTERCLAIMS**

Plaintiff admits that Defendant purports to assert counterclaims against Plaintiff.

**THE PARTIES**

1. Plaintiff admits the allegations of paragraph 1.

2. Plaintiff admits the allegations of paragraph 2.

**JURISDICTION AND VENUE**

3. Plaintiff admits that the Court has subject matter jurisdiction over this action.

4. Plaintiff admits that this Court has personal jurisdiction over Plaintiff for purposes of this matter.

5. Plaintiff admits that venue is proper in this district.

## ANSWER TO GENERAL ALLEGATIONS

6. Plaintiff admits the allegations of paragraph 6.

7. Plaintiff admits the allegations of paragraph 7.

8. Plaintiff admits the allegations of paragraph 8.

9. Plaintiff admits that an actual and justiciable controversy exists between the parties, otherwise denied.

## ANSWER TO SECOND COUNT I: DECLARATORY JUDGMENT OF INVALIDITY OF THE ’150 PATENT

10. In response to Defendant re-alleging and incorporating by reference the allegations of paragraphs 1-9 of its Counterclaims, Plaintiff incorporates by reference paragraphs 1-9 above.

11. Plaintiff admits that an actual, substantial, continuing, and justiciable controversy exists between the parties, otherwise denied.

12. Plaintiff denies the allegations of paragraph 12.

13. Plaintiff denies the allegations of paragraph 13.

## ANSWER TO COUNT II: DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE ’150 PATENT

14. In response to Defendant repeating and incorporating by reference the allegations of paragraphs 1-13 of its Counterclaims, Plaintiff incorporates by reference paragraphs 1-13 above.

15. Plaintiff admits that an actual, substantial, continuing, and justiciable controversy exists between the parties, otherwise denied.

16. Plaintiff denies the allegations of paragraph 16.

17. Plaintiff denies the allegations of paragraph 17 (labeled as “40” in Defendant’s Counterclaims).

**ANSWER TO PRAYER FOR RELIEF**

Plaintiff denies that Defendant is entitled to relief of any kind on its Counterclaims.

**DEMAND FOR JURY TRIAL**

Defendant’s Jury Demand is an averment to which no responsive pleading is required. Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of all issues so triable by right.

WHEREFORE, Plaintiff prays for the relief set forth in its Complaint and that Defendant’s Counterclaims, and all relief requested by Defendant, be denied.

Dated: November 2, 2015

Respectfully submitted,

*/s/ Craig Tadlock*

Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
214-785-6014
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

***Attorneys for Plaintiff CryptoPeak Solutions, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule LR 5.1(d) on November 2, 2015.

/s/ *Craig Tadlock*
Craig Tadlock